UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| THE ESTATE OF JOSEPH WHITLOCK SMITH, *by and through Administarix JoAnne S. Smith*, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| UNITED STATES OF AMERICA, | ) ) | 7:23-CV-1078-BO-RN |
| Defendant. | ) ) ) | |

**Decision by Court.**
This cause comes before the Court on a renewed motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(l) filed by defendant.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's renewed motion to dismiss the complaint for lack of subject matter jurisdiction [DE 24] is GRANTED. The complaint is DISMISSED.

**This judgment filed and entered on February 27, 2025, and served on:**
Wade E. Byrd (via CM/ECF NEF)
Sharon Wilson (via CM/ECF NEF)

PETER A. MOORE, JR., CLERK

February 27, 2025

/s/ Lindsay Stouch
By: Deputy Clerk