FILED:  July 18, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1290
(7:23-cv-01078-BO-RN)

_____

ESTATE OF JOSEPH WHITLOCK SMITH, by and through Administratrix
JoAnne S. Smith

      Plaintiff - Appellant

v.

UNITED STATES OF AMERICA

      Defendant - Appellee

_____

O R D E R

_____

Upon consideration of the stipulated motion to voluntarily dismiss, the court

dismisses this appeal, upon such terms as have been agreed to by the parties,

pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk